IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLORIA TOOMES,

       Plaintiff,

v.                                                                                4:04cv167-WS

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

       Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed March 10, 2005.  See Doc. 15.  The magistrate judge recommends that the case be reversed and remanded to the Commissioner for further consideration.

    Upon review of the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 15) is adopted and incorporated by reference in this order of the court.

2.  Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's decision is REVERSED.  The clerk shall enter judgment accordingly.

3.  Defendant's motion to remand (doc. 14) is GRANTED, and this case shall be REMANDED to the Commissioner for further consideration as explained in Defendant's memorandum in support of his motion to remand.

DONE AND ORDERED this April 27, 2005.

                /s William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE